Mark Ankcorn (SBN 166871)
Ankcorn Law Firm
9845 Erma Road, Suite 300
San Diego, California 92131
(619) 870-0600
(619) 684-3541  fax
mark@markankcorn.com

Attorney for Debtor Cesar M. Doble

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CESAR M. DOBLE,<br><br>Debtor. | Case No. 10-11296-MM13<br>Adversary No. 10-90308-MM<br><br>**SUBSTITUTION OF ATTORNEY**<br>**(WITHOUT COURT ORDER)** |

**THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT**

    1.    CESAR M. DOBLE, Debtor in the within action, has been represented by the St. John Law Offices, by David A. St. John, to date in the present matter.  On May 31, 2011, counsel filed with the Court a Notice of Attorney Disability stating that he had suffered a disabling health condition which directly caused him to be unable to work in the capacity as an attorney at to carry on the responsibilities implicit in that capacity.

    2.    On June 20, 2011, Debtor retained the legal services of the following attorney for this bankruptcy action:

> Mark Ankcorn, Esq.
> Ankcorn Law Firm
> 9845 Erma Road, Suite 300
> San Diego, California 92131

    3.    The party making this substitution is a Debtor.

    4.    Debtor intends that this substitution be for all purposes, including for the Adversary Proceeding styled *Doble v. Deutsche Bank National Trust Company, as Trustee of the Harborview*

*Mortgage Loan Trust 2005-5, Mortgage Loan Pass-Through Certificates, Series 2005-5 Under Pooling and Servicing Agreement Dated June 1, 2005, et al.*, Case No.10-ap-90308-MM. A copy of this substitution will be filed under both matters.

I consent to this substitution:
Dated:  June 20, 2011

_____
Cesar M. Doble, Debtor

I consent to this substitution:
Dated:  June 20, 2011

_____
Mark Ankcorn, Esq.
Attorney for Debtor