Mark Ankcorn (SBN 166871)
Ankcorn Law Firm
9845 Erma Road, Suite 300
San Diego, California 92131
(619) 870-0600
(619) 684-3541  fax
*mark@markankcorn.com*

Attorney for Debtor Cesar M. Doble

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CESAR M. DOBLE,<br><br>Debtor. | Case No. 10-11296-MM13<br>Adversary No. 10-90308-MM<br><br>**UNOPPOSED MOTION TO ENLARGE THE TIME TO COMPLY WITH THE COURT'S SCHEDULING ORDER AND ORDER TO SHOW CAUSE RE: DISMISSAL** |

CESAR M. DOBLE, Debtor in the within action, by and through his counsel of record, brings this unopposed motion to Enlarge the Time to Comply with the Court's Scheduling Order and states as follows:

Debtor has been represented by the St. John Law Offices, by David A. St. John, to date in the present matter. On May 31, 2011, counsel filed with the Court a Notice of Attorney Disability stating that he had suffered a disabling health condition which directly caused him to be unable to work in the capacity as an attorney at to carry on the responsibilities implicit in that capacity. On June 20, 2011, Debtor retained the Ankcorn Law Firm to represent him in the Chapter 13 bankruptcy proceeding as well as the Adversary Proceeding pending against his mortgage creditors. The Ankcorn Law Firm filed a substitution of counsel for both matters on June 22, 2011 (Docs. 75 and 48, respectively).

In both cases, the Court previous ordered Debtor to undertake a number of tasks, including filing a modified plan, making plan payments and furnishing due diligence documents to the

1  Chapter 13 Trustee, and submitting a loan modification package to opposing counsel in the
2  Adversary Proceeding. (Order of June 7, 2011 [Doc 69], p. 8; Order of June 8, 2011 [Doc. 45], p.
3  9.) Both orders were also Orders to Show Cause as to dismissal of the petition and adversary
4  proceeding.
5      New counsel has diligently undertaken to comply fully with the Court's orders, as more
6  specifically detailed in the Declaration of Mark Ankcorn filed contemporaneously herewith, but is
7  unable to do so in the two court days remaining. As such, the Debtor respectfully requests a
8  continuance to August 1, 2011, or other such time as the Court may deem appropriate, for he and
9  his newly retained counsel to complete the necessary items.
10     Counsel for Defendants in the Adversary Proceeding, Damian Richard of Malcom
11 Cisneros, has no opposition to the motion.

13     Respectfully submitted,
14 Dated:  June 24, 2011                                        ANKCORN LAW FIRM
15                                                              /s/ Mark Ankcorn
16                                                              by: Mark Ankcorn, Esq.

ANKCORN LAW FIRM
9845 ERMA ROAD, SUITE 300
SAN DIEGO, CALIFORNIA 92131

2
MOTION TO ENLARGE TIME TO COMPLY WITH SCHEDULING ORDER AND ORDER TO SHOW CAUSE